August 27, 2010

Ms. Ellen B. Mitchell
Cox Smith Matthews
112 East Pecan, Suite 1800
San Antonio, TX 78205-1521
Mr. S. Mark Murray
S. Mark Murray, Inc.
2818 Nacogdoches Road
San Antonio, TX 78217

RE: Case Number: 09-0269
 Court of Appeals Number: 04-07-00828-CV
 Trial Court Number: 2003-PC-2655

Style: JEFFERSON STATE BANK
 v.
 CHRISTA C. LENK, ADMINISTRATRIX OF THE ESTATE OF MICKEY CARL MARCUS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Gerry Rickhoff |
| |Mr. Keith E. Hottle |
| |Mr. Harry Shannon |
| |Phillips Jr. |
| |Mr. B. Scott Daugherty |